**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-01112-LTB-BNB

DEL REA,

      Plaintiff,

v.

SAFEWAY, INC., a Maryland corporation, and
JAY GOMEZ,

      Defendants.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 34 - filed June 14, 2013), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   June 17, 2013